# Fourteenth Court of Appeals

HOUSTON, TEXAS  77002

**RECORDS RETENTION SCHEDULE IN CIVIL CASES**

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: 14-11-00976-CV; 14-11-00980-CV

DATE CASE FILED: 11/4/2011

STYLE:  **Heritage Gulf Coast Properties, Ltd. and Sumer S. Pinglia v. Sandalwood Apartments, Inc., Jaikishin S. Bhagia, Nanik S. Bhagia, and Woodbridge Properties, LLC.**

COUNTY:  Harris

DESCRIPTION/SUBJECT OF CASE:   Contract

PANEL:  WJB, JD, RS

AUTHOR: Donovan

PER CURIAM:  NO

OPINION ISSUED**:** September 24, 2013

OPINION DECISION: AFFIRMED

RECOMMEND:    DESTROY:  YES       HISTORICAL:  NO

COMMENTS:

SIGNED: _____

DATE: _____

—————————————**FOR CLERK'S USE ONLY**——————————

MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date): _____

COMMENTS: _____

—————————————**FOR CLERK'S USE ONLY**——————————

(Dispose of 6 years after final disposition)

DATE DESTROYED: _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: